**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KIM NICHOLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:17-cv-01446-NAB |
| ) | |
| vs. ) | |
| ) | |
| HUNTER WARFIELD, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Kim Nicholson serves notice to this Honorable Court that the parties have reached a settlement of this matter and are in the process of finalizing that settlement, after which Plaintiff anticipates filing a notice of voluntary dismissal for the case as to all Defendants, and without prejudice to the members of the putative class other than the named Plaintiff,

WHEREFORE, the Plaintiff, Kim Nicholson respectfully requests that the Court vacate all previously-set deadlines in this matter, along with any other relief the Court deems just and proper. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Dated: June 23, 2017                                   Respectfully Submitted,

By: /s/*Nathan D. Sturycz*
Nathan D. Sturycz, #61744MO
100 N. Main Street, Suite 11
Edwardsville, IL 62025
(877) 314-3223 – Phone
(314) 667-2733 – Fax
nathan@sturyczlaw.com
*Attorney for Plaintiff*