# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KIM NICHOLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-1446 NAB |
| ) | |
| HUNTER WARFIELD, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Upon the filing of Plaintiff's Stipulation for Dismissal on July 27, 2017,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims in this action are **DISMISSED with prejudice** with the parties to bear their own costs.

Dated this 28th day of July, 2017.

      /s/ Nannette A. Baker
      NANNETTE A. BAKER
      UNITED STATES MAGISTRATE JUDGE